# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Honeywell Technology Solutions, Inc. | ) ASBCA No. 59731 |
| | ) |
| Under Contract No. M67004-13-D-0020 | ) |

APPEARANCES FOR THE APPELLANT:    Frederic M. Levy, Esq.
John W. Sorrenti, Esq.
  Covington & Burling LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
Robert J. Drone, Esq.
  Associate Counsel
  United States Marine Corps
  Logistics Command
  Albany, GA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 19 May 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59731, Appeal of Honeywell Technology Solutions, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals